No. 357. MARY J. LYON ET AL., PLAINTIFFS IN ERROR, *v.* MARGARET GOMBRET ET AL. Error to the Supreme Court of the State of Nebraska. Motions to dismiss or affirm submitted April 6, 1903. Decided April 20, 1903. *Per Curiam.* Writ of error dismissed for the want of jurisdiction, on the authority of *Eustis* v. *Bolles*, 150 U. S. 361; *Pierce* v. *Somerset Railway*, 171 U. S. 648; *Gillis* v. *Stinchfield*, 159 U. S. 658; *Missouri Pacific Railway Company* v. *Fitzgerald*, 160 U. S. 556. See *Lyon* v. *Gombert*, 63 Nebreska, 630. *Mr. Lionel C. Burr* and *Mr. Charles L. Burr* for plaintiffs in error. *Mr. J. H. Broady* for defendants in error.

---

No. 237. SECOND NATIONAL BANK OF RICHMOND, KENTUCKY, PLAINTIFF IN ERROR, *v.* C. N. FITZPATRICK ET AL. Error to the Court of Appeals of the State of Kentucky. Argued April 15, 1903. Decided April 27, 1903. *Per Curiam.* Writ of error dismissed for the want of jurisdiction, on the authority of *Haseltine* v. *Central Bank*, 183 U. S. 130. *Mr. J. A. Sullivan* for plaintiff in error. No appearance for defendants in error.